1020

No. 954, Misc. HOLLIS v. BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. ▮

No. 959, Misc. CARDARELLA v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall* for the United States. ▮

No. 960, Misc. MERRILL v. ALASKA. Sup. Ct. Alaska. Certiorari denied.

No. 965, Misc. BELL v. KENTUCKY. Ct. App. Ky. Certiorari denied. ▮

No. 972, Misc. MILLIGAN v. WILSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 978, Misc. ZANCA v. MAIMONIDES HOSPITAL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 79, Misc. WARNER v. KENTUCKY. Ct. App. Ky. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioner *pro se*. *Robert Matthews*, Attorney General of Kentucky, and *Joseph H. Eckert*, Assistant Attorney General, for respondent. ▮

No. 481, Misc. ALFORD v. ARIZONA. Sup. Ct. Ariz. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioner *pro se*. *Darrell F. Smith*, Attorney General of Arizona, and *Paul G. Rosenblatt*, Assistant Attorney General, for respondent. ▮

No. 981, Misc. COPESTICK v. RHAY, PENITENTIARY SUPERINTENDENT. Sup. Ct. Wash. Certiorari denied.